**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**KENNITH WADE ANTHONY #1609103**     **CASE NO.  3:25-CV-02121 SEC P**

**VERSUS**                           **JUDGE TERRY A. DOUGHTY**

**WARDEN JERGENS**                   **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 9], after an independent review of the record, no objections thereto have been filed by Petitioner, Kennith Wade Anthony ("Petitioner"), and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's request for mandamus relief [Doc. No. 1] is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction, but **WITHOUT PREJUDICE** to Petitioner's right to re-file in a forum of competent jurisdiction.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's request to remand [Doc. No. 1] is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 19th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1